JAMES E. HARPER
Nevada Bar No. 9822
JUSTIN S. GOURLEY
Nevada Bar No. 11976
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HILAN, an individual, | CASE NO.:   2:18-cv-00206-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DISCOVERY PURSUANT TO LR 26-4** |
| MISSION RIDGE HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive; | **(First Request)** |
| Defendants. | |

Pursuant to Local Rule 26-4, Rule 6 and Rule 16 of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, and for good cause, hereby stipulate to extend the remaining discovery deadlines in the above-entitled matter by one-hundred twenty (120) days. This is the parties' first request. The parties state the following:

1.    **STATEMENT SPECIFYING DISCOVERY COMPLETED:**

| | | |
|---|---|---|
| Defendant's Initial Disclosures Pursuant to Rule 26(a)(1) | 3/15/2018 | Mission Ridge |
| Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1) | 5/10/2018 | Hilan |
| First Set of Requests for Admission to Plaintiff | 4/20/2018 | Mission Ridge |
| First Set of Interrogatories to Plaintiff | 4/20/2018 | Mission Ridge |
| First Set of Requests for Production of Documents to Plaintiff | 4/20/2018 | Mission Ridge |

| Plaintiff's responses to Defendant's First set of Requests for Admission | 5/14/2018 | Hilan |
|---|---|---|

**2.** **SPECIFIC DESCRIPTION OF DISCOVERY THAT NEEDS TO BE COMPLETED:**

Independent gathering of Plaintiff's medical records and bills from Plaintiff's medical providers and health insurer (once the medical authorizations are received back from Plaintiff); Plaintiff's responses to Defendant's Interrogatories and Request for Production; The deposition of Plaintiff; The deposition of Plaintiff's wife; The deposition of any 30(b)(6) witness(es); The deposition of the parties' experts; The deposition of percipient witnesses; The deposition of Plaintiff's treating physicians; Retention and disclosure of expert witnesses.

**3.** **THE REASON WHY THE DEADLINE WILL LIKELY NOT BE SATISFIED:**

Currently, no discovery deadline has passed. However, the initial expert disclosure deadline of June 29, 2018, is quickly approaching. At this time, the parties are working on retaining their initial experts, but believe that they will need additional time for their experts to complete their reports and to disclose such experts.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

**4.  PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | August 28, 2018 | December 28, 2018 |
| Amending the Pleadings | May 30, 2018 | May 30, 2018 |
| Initial Experts | June 29, 2018 | October 29, 2018 |
| Rebuttal Experts | July 29, 2018 | November 28, 2018 |
| Interim Status Report | June 29, 2018 | October 29, 2018 |
| Dispositive Motions | September 26, 2018 | January 28, 2019 |

Dated:  May 18, 2018.

BERNSTEIN & POISSON


By: */s/ Brian Boyer*
    BRIAN BOYER, ESQ.
    Nevada Bar No. 12185
    320 S. Jones Blvd.
    Las Vegas, NV  89107
    (702) 877-4878
    *Attorney for Plaintiff*

Dated:  May 18, 2018.

HARPER | SELIM


By: *  /s/ Justin S. Gourley*
    JUSTIN S. GOURLEY, ESQ.
    Nevada Bar No. 11976
    1707 Village Center Circle, Suite 140
    Las Vegas, NV  89134
    (702) 948-9240
    *Attorney for Defendant*


**_ORDER_**

IT IS SO ORDERED.

DATED this 18th day of June, 2018.

UNITED STATES MAGISTRATE JUDGE