JAMES E. HARPER
Nevada Bar No. 9822
JUSTIN S. GOURLEY
Nevada Bar No. 11976
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:   (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HILAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MISSION RIDGE HOMEOWNERS ASSOCIATION, a domestic non-profit corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive; <br><br> Defendants. | CASE NO.:   2:18-cv-00206-RFB-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff GEORGE HILAN ("Plaintiff"), by and through his counsel of record Brian Boyer, Esq. of Bernstein & Poisson, and Defendant MISSION RIDGE HOMEOWNERS ASSOCIATION, by and through its counsel of record Justin Gourley, Esq. of HARPER | SELIM, that all claims between Plaintiff and Defendant are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

. . .

. . .

. . .

. . .

1

CASE NO.: 2:18-cv-00206-RFB-BNW

IT IS FURTHER STIPULATED AND AGREED that this case be dismissed with prejudice by the Court and that any pending hearings be vacated and that the case be closed.

DATED this ____ day of June 2019.  DATED this 9th July day of June 2019.

**BERNSTEIN & POISSON**  **HARPER | SELIM**

_____  _____
Brian Boyer, ESQ.  JUSTIN S. GOURLEY, ESQ.
Nevada Bar No.: 12185  Nevada Bar No.: 11976
320 S. Jones Blvd.  1707 Village Center Circle, Ste. 140
Las Vegas, Nevada 89107  Las Vegas, Nevada 89134
Telephone: (702) 877-4878  Telephone: (702) 948-8240
Attorneys for Plaintiff  Attorneys for Defendant

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing:

IT IS HEREBY ORDERED that all claims against and between the above-named parties in the above-captioned case are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

CASE NO.: 2:18-cv-00206-RFB-BNW

IT IS FURTHER ORDERED that this case be dismissed with prejudice by the Court, along with any pending motions and/or hearings. The Clerk of the Court is instructed to close this case.

DATED this 11th day of July, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Submitted By:

**HARPER | SELIM**

_____
JUSTIN S. GOURLEY, ESQ.
Nevada Bar No.: 11976
1707 Village Center Circle, Ste. 140
Las Vegas, Nevada 89134
Telephone: (702) 948-8240
Facsimile: (702) 778-6600
Attorneys for Defendant

3